# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-20331
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 21, 2016

Lyle W. Cayce
Clerk

EARTHA JEAN JOHNSON,

Plaintiff - Appellant

v.

UNITED AIRLINES, INCORPORATED,

Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:14-CV-646

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:*

This court has carefully considered this appeal in light of the briefs and pertinent portions of the record. In this contract dispute, plaintiff-appellant claims that she is entitled to Continental's highest frequent flyer status for life. The magistrate judge addressed all the issues raised by the parties and concluded that the appellant could not demonstrate the existence of a valid contract for the highest frequent flyer status for life. The district court adopted

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-20331

the magistrate judge's recommendation and granted the defendant's motion for summary judgment.  We **AFFIRM** for essentially the reasons set forth in the district court.